1  KENNETH G. EADE (SBN 93774)
   keneade@gmail.com
2  LAW OFFICE OF KENNETH G. EADE                E-FILED 12/13/12
3  6399 Wilshire Blvd., Suite 507                JS-6
   Los Angeles, CA  90048
4  Telephone:  323-782-8802
   Facsimile:  323-704-3539
5
6  Attorney for Plaintiff,
   ROUCHON INDUSTRIES, INC.
7
8
                   UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11 ROUCHON INDUSTRIES, INC.              Case No.    CV12-5410-PSG (JCx)
12
            Plaintiff,                   (~~PROPOSED~~) ORDER RE: JOINT
13                                       STIPULATION FOR DISMISSAL
      v.                                 WITH PREJUDICE
14
15 NEUWORLD COMMUNICATIONS,
   INC., SAED TALARI, and DOES 1
16 through 10, inclusive,                Judge:      Philip S. Gutierrez
                                                     U.S. District Judge
17          Defendants.
18 ---------------------------------------------------------
19 NEUWORLD COMMUNICATIONS,
   INC.,
20
21          Counter-claimant,
22    v.
23 ROUCHON INDUSTRIES, INC.,
24
            Counter-defendants.
25
26
27
28
                                    - 1 -
                ORDER RE: JOINT STIPULATION FOR DISMISSAL

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Plaintiff's Complaint and the Defendant's Counterclaim be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED:   12/13/12

PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE