KENNETH G. EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
6399 Wilshire Blvd., Suite 507
Los Angeles, CA  90048
Telephone:  323-782-8802
Facsimile:  323-704-3539

Attorney for Plaintiff,
ROUCHON INDUSTRIES, INC.

E-FILED 12/13/12
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUCHON INDUSTRIES, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEUWORLD COMMUNICATIONS, INC., SAED TALARI, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>------------------------------------------------<br>NEUWORLD COMMUNICATIONS, INC.,<br><br>　　　　　Counter-claimant,<br><br>　　v.<br><br>ROUCHON INDUSTRIES, INC.,<br><br>　　　　　Counter-defendants. | Case No.    CV12-5410-PSG (JCx)<br><br>**(PROPOSED) ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　　Philip S. Gutierrez<br>　　　　　U.S. District Judge |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Plaintiff's Complaint and the Defendant's Counterclaim be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED:     12/13/12

PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE